September 19, 1979.

422 A.2d 1169

Commonwealth v. Jennings, Appellant.

Argued April 12, 1979. Mary Ann McConnell, for appellant; Frances S. Palmer, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.